

FIL
U.S. DISTR...URT
SAVAN...
2009 SEP -3 PM 12: 53

CLERK
SO. DIST. ...A.

**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6335, (646) 836-7712 (Fax)

July 24, 2009

Honorable G.R. Smith
U.S. District Court
Southern District of Georgia
U.S. Courthouse
125 Bull Street
Savannah, GA 31401

**Re: STANFORD, RAY**
 **REGISTER NUMBER: 10138-021**
 **CRIMINAL NUMBER: CR409-121**

Dear Judge Smith:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Sections 4241 and 4242 dated June 10, 2009 in the case of Mr. Ray Stanford.

Mr. Ray Stanford was designated at the Metropolitan Correctional Center, New York on July 1, 2009. In order to provide the Court with a comprehensive and thorough report, we generally ask for 45 days from the date of arrival, which would conclude on August 14, 2009.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Duke Terrell, Ph.D.
Warden

DT/WR/wr

*Approved. Expedited evaluation not needed.*
*GRSmith 9/3/09*