# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. CR409-121 |
| ) | |
| RAY ALLISON STANFORD ) | |

## REPORT AND RECOMMENDATION

On June 4, 2009, the Court ordered a forensic psychological examination of defendant Ray Allison Stanford after finding reasonable cause to believe that he was suffering from a mental disease or defect rendering him mentally incompetent to stand trial. (Doc. 11.) The New York Metropolitan Correctional Center evaluators initially determined that Stanford was incompetent to stand trial. (Docs. 15 & 17.) Accordingly, the Court ordered that Stanford be hospitalized and treated until his condition improved. (Docs. 17 & 19.) Stanford was transported to the Federal Medical Center in Butner, North Carolina, where he received medication and counseling. (Doc. 20.) Based upon progress made while he was at that institution, Butner evaluators

determined that, as of March 2010, he had regained competence to stand trial. The parties have stipulated to that fact. (Doc. 21.) The undersigned concurs with the findings in the psychological report and **RECOMMENDS** that, based upon the unrebutted psychological evidence, defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 7TH day of May, 2010.

*[signature]*
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**